**FILED**
MAR 2 ? 2001

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
WESTERN DIVISION

| | | |
|---|---|---|
| PHILIP R. HEFTEL, | ) | CIV. 98-5106-KES |
| Plaintiff, | ) | |
| vs. | ) | |
| SOUTH DAKOTA DEPARTMENT OF CORRECTIONS; JEFFREY BLOOMBERG, Secretary of Corrections; BOB DOOLEY, Warden, Mike Durfee State Prison; DIANE ROMKEMA, Counselor, Mike Durfee State Prison; SALLY BOYD; Security Officer, Mike Durfee State Prison; HARLAN TJEERDSMA, Unit Manager, Mike Durfee State Prison; JOHN DOE ONE, Employee/Mail Handler, Mike Durfee State Prison; and JOHN DOE TWO, Employee/Employment Supervisor, Mike Durfee State Prison, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | JUDGMENT |
| Defendants. | ) | |

Pursuant to the Order Granting Defendants' Motion for Summary Judgment, it is hereby

ORDERED, ADJUDGED, AND DECREED that judgment is issued in favor of defendants and against plaintiff.

IT IS FURTHER ORDERED that costs in favor of defendants and against plaintiff shall hereinafter be taxed by the Clerk

Dated March 20, 2001.

BY THE COURT:

KAREN E. SCHREIER
UNITED STATES DISTRICT JUDGE

Costs have been awarded in favor of the defendants; Harlan Tjeerdsma, Diana Romkema, Sally Boyd, Robert Dooley, Jeffrey Bloomberg, and the South Dakota Department of Corrections in the amount of $314.93 on May 21, 2001, and included in this Judgment.